

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-78,963-02

### EX PARTE ROBERT WAYNE MAZE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 95980-B IN THE 252nd DISTRICT COURT
### FROM JEFFERSON COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of sexual assault of a child and sentenced to seventy-five years' imprisonment. The Ninth Court of Appeals affirmed his conviction. *Maze v. State*, No. 09-11-00627-CR (Tex. App.—Beaumont June 13, 2012) (not designated for publication); *Maze v. State*, No. 09-11-00499-CR (Tex. App.—Beaumont Aug. 24, 2011) (not designated for publication).

After a review of the record, we agree with the trial court's findings of fact and conclusions of law and deny Applicant's claim for relief in ground one and dismiss Applicant's ground two

pursuant to TEX. CODE CRIM. PROC. art. 11.07 § 4.


Filed:  March 20, 2019
Do not publish